## (February 25, 1964)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN JOSEPH BATTLE, Appellant, v. ROSS E. HEROLD, as Acting Director of Dannemora State Hospital, Respondent.— The resentence was invalid because defendant was not personally present (Code Crim. Pro., § 473). We do not pass upon relator's other contentions. Order reversed, on the law, writ sustained and relator remanded to the County Court of Albany County for resentence. Gibson, P. J., Herlihy, Reynolds, Taylor and Aulisi, JJ., concur.

■ In the Matter of STEPHEN R. VAN ALSTYNE, an Infant, by BLANCHE VAN ALSTYNE, His Guardian ad Litem, Respondent, v. TOWN OF COXSACKIE, Appellant.— Special Term did not abuse its discretion in granting permission for late filing. (See *Matter of Hogan* v. *City of Cohoes*, 279 App. Div. 282; *Matter of Biancoviso* v. *City of New York*, 285 App. Div. 320; *Matter of Osborn* v. *Board of Educ.*, 5 A D 2d 929; *Galerneau* v. *North Colonie Cent. School Dist.*, 7 A D 2d 693; *Matter of Pandoliano* v. *New York City Tr. Auth.*, 17 A D 2d 951; *Matter of Rosenburg* v. *City of New York*, 309 N. Y. 304.) Order affirmed, with $10 costs. Gibson, P. J., Herlihy, Reynolds, Taylor and Aulisi, JJ., concur.